# United States District Court
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | |
| AARON MOSES COBBS, III | Case Number: 1:05-CR-11-01 |
| | USM Number: 12115-040 |
| | Jeffrey A. Slocombe |
| | Defendant's Attorney |

THE DEFENDANT:
- ☐ pleaded guilty to Count.
- ☐ pleaded nolo contendere to Count(s)    which was accepted by the court.
- **[x]** was found guilty on Counts 1, 2, 3, 4, 5, 6 and 7 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Offense Ended | Count |
|---|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B)(iii) | 1/10/05 | 1 |
| 21 U.S.C. § 841(a)(1), 841(b)(1)(C) | 1/10/05 | 2 |
| 21 U.S.C. § 841(a)(1), 841(b)(1)(C) | 1/10/05 | 3 |
| 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(iii) | 1/10/05 | 4 |
| 18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(B)(ii) | 1/10/05 | 5 |
| 18 U.S.C. § 922(o)(1) | 1/10/05 | 6 |
| 18 U.S.C. § 922(k) | 1/10/05 | 7 |

Nature of Offense:
Ct. 1 - Conspiracy to Distribute and Possess With Intent to Distribute 5 Grams or More of Cocaine Base (Crack Cocaine)
Ct. 2 - Possession With Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine Base (Crack Cocaine)
Ct. 3 - Possession With Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine Base (Crack Cocaine)
Ct. 4 - Possession With Intent to Distribute 5 Grams or More of Cocaine Base (Crack Cocaine)
Ct. 5 - Possession of Firearms in Furtherance of Drug Trafficking Crimes
Ct. 6 - Possession of a Machine Gun
Ct. 7 - Possession of a Firearm With an Obliterated Serial Number

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on Count(s)   .

**[x]**   Superseding Indictment is dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Date of Imposition of Judgment: January 10, 2006

DATED:    January 10, 2006            /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      CHIEF UNITED STATES DISTRICT JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ninety-seven (97) months as to each of counts 1-4, 6; sixty (60) months as to count 7, all to be served concurrently with each other; and three-hundred sixty (360) months as to count 5, to be served consecutively to counts 1-4 and 6.**

**[x]** The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive educational and vocational training opportunities.
That the defendant be placed as close as possible to his family in Southwest Michigan.

**[x]** The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district
    ☐ at __ a.m./p.m. on _.
    ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐ before 2 p.m. on _.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
_____, with a certified copy of this judgment.

_____
United States Marshal

By_____
Deputy United States Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **four (4) years as to each of counts 1, 4, and 5 and three (3) years as to each of counts 2, 3, 6 and 7, to be served concurrently**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[x]   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

[x]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

[x]   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

☐   The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Sheet 3C - Supervised Release
Judgment--Page 4 of 6
Defendant: AARON MOSES COBBS, III
Case Number: 1:05-CR-11-01

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall reside only in a setting approved by the probation officer.
2. The defendant shall be employed or actively involved in community service.

Judgment--Page 5 of 6
Defendant: AARON MOSES COBBS, III
Case Number: 1:05-CR-11-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $700.00 | $10,000.00 | $ |

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  | $ | $ |  |
| TOTALS | $ | $ |  |

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[x] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [x] the interest requirement is waived for the  [x] fine  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 06/05) Sheet 6C - Schedule of Payments
Judgment--Page 6 of 6
Defendant: AARON MOSES COBBS, III
Case Number: 1:05-CR-11-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  [x]  Lump sum payment of $ __700.00__ due immediately, balance due

   ☐  not later than _____ , or
   [x]  in accordance with  ☐ C,  ☐ D,  ☐ E, or  [x] F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  [x]  Special instructions regarding the payment of criminal monetary penalties: Payment is to be made from prison earnings at a rate of $20.00 per month and is to begin no later than one year from the date of this judgment. Upon release to supervision, monthly payments are to begin within six months as directed by the probation officer. The balance is due in full not later than one year following the start of supervised release.

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, 399 Federal Building, 110 Michigan, NW, Grand Rapids, Michigan 49503, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.