UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                Case No. 1:05-cr-11

AARON MOSES COBBS, III,                    HON. JANET T. NEFF

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant's *pro se* Second Motion to Terminate Defendant's Supervised Release Term (ECF No. 154), seeking early termination of his supervised release. The government filed a response in opposition to the motion (ECF No. 156). The Court, having reviewed the above filings and having consulted with Defendant's Probation Officer, determines that the motion should be denied. Therefore,

**IT IS HEREBY ORDERED** that the Second Motion to Terminate Defendant's Supervised Release Term (ECF No. 154) is DENIED.

Dated: January 17, 2018                                    /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                     United States District Judge